BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00166-LKK |
| Plaintiff, | GOVERNMENT'S MOTION TO DIMISS THE INDICTMENT AS TO DEFENDANT RAUL MAGANA ; ORDER |
| v. | |
| RAUL MAGANA, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

1. Count Four of the Indictment in Case No. 2:13-CR-00166-LKK as to defendant RAUL MAGANA is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.
2. The United States Marshal's Office is directed to release RAUL MAGANA immediately.

DATED: May 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1