BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00166 LKK |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER REGULATING DISCOVERY |
| v. | |
| LUIS MAGANA, et al., | FED. R. CRIM. P. 16(d)(1) |
| Defendants. | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in <u>United States v. Magana, et al.,</u> Case No. 2:13-cr-00166 LKK stipulate and agree, and respectfully request that the Court order that:

1. In addition to written discovery provided to defendant Luis MAGANA("DEFENDANT"), the United States shall also turn over audio/video discovery in this case to DEFENDANT with bates numbers Magana_0032 through Magana_0051 (referred to throughout this Stipulation as "The Protected Material"). Disclosure of The Protected Materials to DEFENDANT may be required pursuant to the government's discovery obligations and, even if not

1

| | | |
|--|--|--|
|1| |required, will facilitate DEFENDANT'S trial|
|2| |preparation.|
|3|2.|The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for the DEFENDANT only for purposes of representation of his client during trial in this case.|
|8|3.|The purpose of this Order is to establish the procedures that must be followed by defense counsel of record, their designated employees, and all other individuals who receive access to this information or these documents in connection with this case.|
|13|4.|Counsel for DEFENDANT shall not give the Protected Material to any person other than counsel's staff assisting them in the defense of this case. The term "staff" shall explicitly include attorneys, paralegals, and investigators assisting counsel for DEFENDANT in the defense of this case and exclude any other person other than those specifically described in this paragraph.|
|21|5.|Any person receiving access to the Protected Material from counsel for DEFENDANT shall be bound by the same obligations as defense counsel and, further, may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel, see, infra).|
|27|6.|Counsel for DEFENDANT shall maintain a list of persons to whom any portions or copies of the Protected|

Material has (or have) been given. Such persons shall be provided with a copy of this Stipulation and Order and shall sign their full name to a copy of the Stipulation and agree to be bound by the Order and note that they understand its terms and agree to them by signing.

7. Counsel for DEFENDANT may use any and all of the Protected Material in the vigorous defense of his client in the instant case in any manner he deems essential to adequately represent his client (i.e., in motions that are filed under seal, if necessary, in <u>ex-parte</u> applications as may be needed, reproducing and summarizing the protected materials for use in trial preparation summaries, exhibits and as evidence, as may be needed), consistent with the Protective Order as it shall be originally prepared and signed. In the event defense counsel needs to use the Protected Material in a manner not authorized under the present Proposed Protective Order, he shall be entitled to seek to have the order amended by the District Court after having given notice to counsel for the government in a hearing before the District Court in order to meet their obligations under the Sixth Amendment to the United States Constitution.

8. Counsel for DEFENDANT is authorized to show his client any and all portions of the Protected Materials. Counsel for DEFENDANT and any member of his staff, however, is prohibited from giving any DEFENDANT: the

|     |     |                                                                                                                                                                                                                                                                                                 |
| --- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |     | Protected Material, themselves; copies of the Protected                                                                                                                                                                                                                                         |
| 2   |     | Material; copies of excerpts of the Protected Material;                                                                                                                                                                                                                                         |
| 3   |     | or summaries of the Protected Material.  This                                                                                                                                                                                                                                                   |
| 4   |     | prohibition will not extend to a DEFENDANT viewing the                                                                                                                                                                                                                                          |
| 5   |     | Protected Material in open court should these materials                                                                                                                                                                                                                                         |
| 6   |     | or summaries thereof be used in the litigation of this                                                                                                                                                                                                                                          |
| 7   |     | case.                                                                                                                                                                                                                                                                                           |
| 8   | 9.  | Within twenty days of the finality of the instant case                                                                                                                                                                                                                                          |
| 9   |     | against the DEFENDANT, as determined under the Federal                                                                                                                                                                                                                                          |
| 10  |     | Rules of Criminal Procedure and case law from the                                                                                                                                                                                                                                               |
| 11  |     | United States Court of Appeals for the Ninth Circuit                                                                                                                                                                                                                                            |
| 12  |     | and the United States Supreme Court, counsel for                                                                                                                                                                                                                                                |
| 13  |     | DEFENDANT shall return any and all copies of the                                                                                                                                                                                                                                                |
| 14  |     | Protected Material and so certify to the attorney for                                                                                                                                                                                                                                           |
| 15  |     | the government.                                                                                                                                                                                                                                                                                 |
| 16  | 10. | Any and all copies of the Protected Materials that may                                                                                                                                                                                                                                          |
| 17  |     | have been made by defense counsel or their staff shall                                                                                                                                                                                                                                          |
| 18  |     | remain in the possession of the person defense counsel                                                                                                                                                                                                                                          |
| 19  |     | entrusted to them until the case terminates at the                                                                                                                                                                                                                                              |
| 20  |     | District Court level. Thereafter, within 20 days of                                                                                                                                                                                                                                             |
| 21  |     | either sentencing or some other order terminating the                                                                                                                                                                                                                                           |
| 22  |     | jurisdiction of the District Court, each person to whom                                                                                                                                                                                                                                         |
| 23  |     | defense counsel entrusted a copy of any of the                                                                                                                                                                                                                                                  |
| 24  |     | Protected Material must return them to defense counsel                                                                                                                                                                                                                                          |
| 25  |     | and said counsel, in turn, shall return them to the                                                                                                                                                                                                                                             |
| 26  | /// |                                                                                                                                                                                                                                                                                                 |
| 27  | /// |                                                                                                                                                                                                                                                                                                 |
| 28  | /// |                                                                                                                                                                                                                                                                                                 |

government within 30 days of the case becoming final in the District Court. Defense counsel shall return the materials in accordance with paragraph 7, above.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE:    05/16/2013        /s/ Christiaan Highsmith
                           CHRISTIAAN HIGHSMITH
                           Assistant U.S. Attorney


DATE:    05/16/2013        /s/ Timothy Tuitavuiki
                           TIMOTHY TUITAVUIKI, Esq.
                           Counsel for Luis MAGANA

**O R D E R**

**IT IS HEREBY ORDERED** that, based upon the agreement of the parties, the Court adopts the proposed stipulation regulating certain discovery in this case.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE