TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA 95202
TEL. (209)476-1590
FAX. (209)476-1549

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CR-0166 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO EXCLUDE TIME |
| ) | |
| LUIS MAGANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties are set to appear on July 2, 2013 at 9:15 a.m. for status. By this stipulation, the defendant now moves to continue the status conference until August 6, 2013, and to exclude time between July 2, 2013 to August 6, 2013. Based on the amount of discovery so far provided, Defendant's counsel needs additional time to properly prepare a defense. Counsel for the defendant believes that failure to grant the above requested continuance would deny

him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 2, 2013, to August 6, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully Submitted,

_____/s/ 7/1/13_____
Dated: July 1, 2013      TIM F. TUITAVUKI
                         Attorney for Luis Magana

__/s/ authorized 7/1/13_____
Dated: July 1, 2013      CHRISTIAAN HIGHSMITH
                         Assistant U.S. Attorney

IT IS SO ORDERED.

DATE: July 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT