TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA 95202
TEL. (209)476-1590
FAX. (209)476-1549

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CR-0166 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO EXCLUDE TIME |
| ) | |
| LUIS MAGANA, and ) | |
| JUVENAL JUNEZ ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsels of record, hereby stipulate as follows:

1. The parties are set to appear on August 6, 2013 at 9:15 a.m. for status. By this stipulation, the defendants now moves to continue the status conference until September 4, 2013, and to exclude time between August 6, 2013 to September 4, 2013. Based on the amount of discovery so far provided, counsel for defendants need additional time to properly prepare a defense. Counsel for the defendants believe that failure to grant the above requested

1

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

2. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

3. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2013, to September 4, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                    Respectfully Submitted,

Dated: August 2, 2013
___/s/ authorized 8/2/13_____
TIM F. TUITAVUKI
Attorney for Luis Magana

Dated: August 2, 2013
___/s/ authorized 8/2/13_____
MARYANN BIRD
Attorney for Juvenal Junez

Dated: August 2, 2013
__/s/ authorized 8/2/13_____
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

IT IS SO ORDERED.

DATE: August 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT